No. 92–6741. HARVEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6743. FRANKLIN v. NATIONAL MARITIME UNION OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6745. KNIGHT v. WALKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6748. ANGELETAKIS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–6749. CROSS v. SHELTON. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–6750. ADAMS v. CARR, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–6752. MONTGOMERY v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 92–6753. PORTH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6758. LANDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6759. RICHARDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6761. TINSLEY v. WILLIAMS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6762. GUY v. WESTMORELAND COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6763. WHITE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–6764. JACKSON v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.